[No. 67364-5-I.   Division One.   September 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RUFUS A. PHELPS III, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00033-2, Gordon Godfrey, J., entered May 13, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Cox, JJ.

[No. 67365-3-I.   Division One.   September 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH BURDETTE DUNNING, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00004-1, Richard L. Brosey, J., entered July 27, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Lau and Spearman, JJ.

[No. 67434-0-I.   Division One.   September 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY L. COUCH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00637-1, Gordon Godfrey, J., entered January 4, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Spearman, JJ.

[No. 67435-8-I.   Division One.   September 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAYCEE FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00480-9, Brian M. Tollefson, J., entered June 14, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Lau and Spearman, JJ.